November 6, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-14-00054-CR                                    V.

BRIAN  WEI, Appellee

_____

This court today issued a substitute opinion.  We order this court's former judgment of October 2, 2014, be vacated, set aside, and annulled. We further order this court's opinion of October 2, 2014, withdrawn.  We deny the motion for en banc reconsideration filed by appellant, The State of Texas, as moot.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.